JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RENE HIDALGO LOPEZ an individual, and as successor in interest to decedent, RAQUEL EVANGELINA CALDERON DE HIDALGO,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, a private entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | NO. 2:18-cv-09923-FMO-SK<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT<br><br>Complaint served: February 8, 2019 |

Following review of the parties' Stipulation of Voluntary Dismissal of Plaintiff's Complaint, the Court hereby ORDERS as follows:

1. The Stipulation of Voluntary Dismissal is granted and the above-captioned case is hereby dismissed without prejudice. The parties are to bear their own fees and costs.

Dated: April 2, 2019

/s/
The Honorable Fernando M. Olguin
United States District ~~Court~~ Judge